JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORIAN ETSUO LASSEN,<br><br>Petitioner,<br><br>v.<br><br>BRYAN BIRKHOLZ, Warden,<br><br>Respondent. | Case No. CV 24-0887 MCS (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 23, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE